UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SCHEVONNE PAIGE,

    Plaintiff,

                                                     CASE NO.: 4:20-cv-83

v.

THE DISTRICT BOARD OF TRUSTEES OF
TALLAHASSEE COMMUNITY COLLEGE,

    Defendant.
_____/

## **DEFENDANT'S NOTICE OF REMOVAL**

    Defendant, THE DISTRICT BOARD OF TRUSTEES OF TALLAHASSEE COMMUNITY COLLEGE, by and through its undersigned counsel, files this Notice of Removal and would show the Court as follows:

    1.    The District Board of Trustees of Tallahassee Community College is the Defendant in an action in the Circuit Court of the Second Judicial Circuit, in and for Leon County, Florida, styled as: *Schevonne Paige v. Board of Trustees for Tallahassee Community College*, Case Number 2019 CA 001191.

    2.    Defendant was first served with Plaintiff's First Amended Complaint for said action on January 13, 2020.

    3.    No further proceedings have transpired in regard to the above-referenced action in the Circuit Court of the Second Judicial Circuit, in and for Leon

County, Florida, except the following documents attached to this Notice as Exhibit "A":  Civil Cover Sheet, Complaint, Summonses, Returns of Service, Defendant's Motion to Dismiss Plaintiff's Complaint, Notice of Hearing, Notice of Cancellation of Hearing, Plaintiff's First Amended Complaint, and Defendant's Motion to Dismiss Plaintiff's First Amended Complaint.

4. Defendant has not yet scheduled a hearing on its Motion to Dismiss Plaintiff's First Amended Complaint.

5. This is an action brought by Plaintiff under 20 U.S.C. § 1681(a) (Title IX of the Education Amendments of 1972), and the common law of Florida against Defendant alleging assault, battery, false imprisonment, negligence, negligent training and supervision, and violations of Title IX.

6. This Court has original jurisdiction of this matter pursuant to 28 U.S.C. § 1331, and therefore, this action may be removed to this Court pursuant to 28 U.S.C. §§ 1441 and 1446.

WHEREFORE, Defendant, THE DISTRICT BOARD OF TRUSTEES OF TALLAHASSEE COMMUNITY COLLEGE, requests this Court order that this action be properly removed from the Circuit Court of the Second Judicial Circuit, in and for Leon County, Florida, take jurisdiction of this action, and conduct all further proceedings in the United States District Court for the Northern District of Florida, Tallahassee Division.

Respectfully submitted,

*s/ Ross D. Vickers*
J. Craig Knox (Florida Bar #0286729)
Ross D. Vickers (Florida Bar #121717)
ANDREWS, CRABTREE, KNOX & LONGFELLOW, LLP
1558 Village Square Boulevard, Suite 1
Tallahassee, FL  32309
Telephone:  (850) 297-0090
Facsimile:   (850) 297-0219
cknox@andrewscrabtree.com
rvickers@andrewscrabtree.com
jhartsfield@andrewscrabtree.com
lthornton@andrewscrabtree.com
Attorneys for Defendant, The District Board of Trustees of Tallahassee Community College

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of February 2020, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified below, via Notice of Electronic Filing generated by CM/ECF, and/or by other means of electronic transmission:

Marie A. Mattox, Esq.
MARIE A. MATTOX, P.A.
310 East Bradford Road
Tallahassee, FL  32303
marie@mattoxlaw.com
marlene@mattoxlaw.com
michelle2@mattoxlaw.com
federalcourt@mattoxlaw.com
Attorneys for Plaintiff, Schevonne Paige

*s/ Ross D. Vickers*
Ross D. Vickers